UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN HEIKKINEN,

    Plaintiff,                                       Case No. 19-cv-12571
                                                   Hon. Matthew F. Leitman

v.

FIVES CINETIC CORP.,

    Defendant.

_____/

## ORDER ON MOTIONS (ECF Nos. 7 and 10)

The following motions are pending before the Court: Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 7) and Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 10). The Court held a status hearing on February 3, 2020, to discuss the motions. For the reasons stated on the record, Defendant's Motion to Dismiss (ECF No. 7) is **DENIED**, and Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 10) is **GRANTED**. Plaintiff shall file his Second Amended Complaint by **February 14, 2020**.

As further stated on the record, Defendants may raise any attack on Plaintiff's state law claims (and, of course, on Plaintiff's federal claim) at the summary judgment stage of litigation.

**IT IS SO ORDERED**.

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: February 3, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2020, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764